MARCH 11, 2013

No. 12–800. EPIC SYSTEMS CORP. *v.* MCKESSON TECHNOLOGIES, INC. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 12–970. MCKESSON TECHNOLOGIES, INC. *v.* EPIC SYSTEMS CORP. C. A. Fed. Cir. Certiorari dismissed under this Court's Rule 46.1.

MARCH 15, 2013

No. 12–6574. KEARNEY *v.* UNITED STATES. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 12–52. DAN'S CITY USED CARS, INC., DBA DAN'S CITY AUTO BODY *v.* PELKEY. Sup. Ct. N. H. [Certiorari granted, *ante*, p. 1065.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted. Motions of International Municipal Lawyers Association et al. and Massachusetts Jobs With Justice for leave to file briefs as *amici curiae* granted.

No. 12–144. HOLLINGSWORTH ET AL. *v.* PERRY ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1066.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 12–307. UNITED STATES *v.* WINDSOR, EXECUTOR OF THE ESTATE OF SPYER, ET AL. C. A. 2d Cir. [Certiorari granted, *ante*, p. 1066.] Motion of former Attorneys General Edwin Meese III and John Ashcroft for leave to file brief as *amici curiae* out of time granted.